# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**OCEAN INC., et al.,**

        **Plaintiffs,**

        v.                        Case No. 25-CV-1530

**TRUCK AMBULANCE, et al.,**

        **Defendants.**

# ORDER

    Before the court is the plaintiffs Ocean Inc., SLE Inc., SEAL Group Co., and Affordable Heavy Towing Inc.'s *pro se* complaint. (ECF No. 1.) Corporate entities cannot proceed *pro se* and must be represented by counsel in federal court. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries … that a corporation may appear in the federal courts only through licensed counsel."). The plaintiffs are therefore directed to find counsel who shall appear on their behalf within twenty-eight days. If counsel does not appear on behalf of the plaintiffs within twenty-eight days, plaintiffs' suit shall be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41.

    Ms. Lidia Turner, who purports to represent the plaintiffs, may amend the complaint to bring any claims she may have against the defendants in her personal compacity, but will still need to find legal counsel to represent the corporate plaintiffs.

To the extent she shall seek to bring personal claims, Turner is reminded that federal courts are courts of limited jurisdiction. *Wachovia Bank v. Schmidt*, 546 U.S. 303, 316 (2006). Generally, the two forms of subject-matter jurisdiction are federal question jurisdiction, where plaintiffs allege a violation of the United States Constitution or federal law, and diversity jurisdiction, which involves a lawsuit between parties of different states with an amount at issue exceeding $75,000. *Arbaugh v. Y & H Corp.*, 546 U.S. 500, 514 (2006). As the complaint indicates, Turner and defendant Tammy Henninger are both residents of Wisconsin, (ECF No 1. at 1) Turner is further reminded that under diversity jurisdiction, "no defendant may share the same state citizenship as any plaintiff." *Big Shoulders Capital LLC v. San Luis & Rio Grande Railroad, Inc.*, 13 F.4th 560, 571 (7th Cir. 2021).

**SO ORDERED**.

Dated at Green Bay, Wisconsin this 14th day of October, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge
