UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

OCEAN INC., et al.,
        Plaintiffs,

v.        Case No. 25-CV-1530

TRUCK AMBULANCE, et al.,
        Defendants.

## ORDER OF DISMISSAL

Lidia Turner filed this action on behalf of four corporate entities. As the court previously explained, because Turner is not an attorney, she cannot represent anyone other than herself. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries … that a corporation may appear in the federal courts only through licensed counsel.").The court ordered the plaintiffs to obtain counsel within 28-days and warned that if they failed to do so the court would dismiss this action. (ECF No. 4.) This deadline expired on November 11, 2025.

**IT IS THEREFORE ORDERED** that pursuant to Rule 41(b), Fed. R. Civ. P., this action is **dismissed without prejudice** for the plaintiffs' failure to comply with this court's order (ECF No. 4).

Dated at Green Bay, Wisconsin this 3rd day of December, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge